PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Derrick Knight                                    Cr.: 04-00-264-001
                                                                    PACTS #: 037990

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 4/19/04

Original Offense: Interference with Commerce by Threat or Violence

Original Sentence: 39 months imprisonment, 3 years Supervised Release

Type of Supervision: Supervised Release                Date Supervision Commenced: 3/12/07

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender violated the supervision condition which states "**You shall not commit another federal, state, or local crime**", by engaging in new criminal activity, in that he was arrested by the Newark, N.J. Police Department on July 20, 2009 and charged with Criminal Sexual Contact. |

U.S. Probation Officer Action:
The Probation Officer recommends that no action be taken until the local charges have been adjudicated. We will closely monitor Knight to ensure compliance with the conditions of supervision. In addition we will monitor the local charges.

Respectfully submitted,
By: Nancy Hildner
U.S. Probation Officer
Date: 8/04/09

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[x] Other

No action until local charges have been adjudicated.

Signature of Judicial Officer

8/5/09